## ATLANTIC REPRESENTATIONS, INC., Plaintiff-Appellant,

v.

## AMERICAN LIGHTING INDUSTRY INC., Yes International Products, Inc., Iem Furniture Inc., John Yeh, and Weng Choo Koay (also known as Bernard Koay), Defendants-Cross Appellants.

No. 01–1326, 01–1361.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

### ORDER

Atlantic Representations, Inc. having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules,

IT IS ORDERED THAT:

(1) The notice of appeal in 01–1326 is, DISMISSED, for failure to prosecute in accordance with the rules, and no. 01–1361 becomes the instant appeal.

(2) American Lighting Industry Inc., et al.'s opening brief is due within 60–days from the date of filing of this order.

## Robert A. BIEBER, Petitioner,

v.

## DEPARTMENT OF THE ARMY, Respondent.

No. 01–3058.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.